EARL A. LILES, Respondent, v. CLARENCE KING, Appellant.— Judgment and order affirmed, with costs. All concur.

ROBERT E. LILES, an Infant, etc., Respondent, v. CLARENCE KING, Appellant.— Judgment and order affirmed, with costs. All concur.

FREDERICK L. PICKARD, as Administrator, etc., of KATIE L. PICKARD, Deceased, Respondent, v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Sears, P. J., and Edgcomb, J., who dissent and vote for reversal and granting the motion for dismissal on the authority of *Wheeler* v. *Duell* (230 App. Div. 392) and *Lang* v. *Lanzel* (221 id. 833).

CHAUNCEY GIFFORD, Respondent, v. CASPER SCALZO and Others, Defendants, and BREW'S CAB COMPANY, INCORPORATED, Appellant.— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the finding of the jury of negligence on the part of the defendant Brew's Cab Company, Incorporated, was contrary to and against the weight of the evidence. All concur.

EVELYN GIFFORD, an Infant, etc., Respondent, v. CASPER SCALZO and Others, Defendants, and BREW'S CAB COMPANY, INCORPORATED, Appellant.— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the finding of the jury of negligence on the part of the defendant Brew's Cab Company, Incorporated, was contrary to and against the weight of the evidence. All concur.

J. F. FRIEDEL PAPER BOX COMPANY, Respondent, v. NATIONAL CELLULOSE CORPORATION, Appellant.— Judgment affirmed, with costs. All concur.

MABEL L. HENDRICKS, Respondent, v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Respondent. R. M. MYERS & COMPANY, INCORPORATED, Appellant, v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of the Judicial Settlement of the Account of MUSETTE B. FANCHER and THOMAS R. MILLS, as Executors, etc., of ALBERT T. FANCHER, Deceased.— Decree affirmed, with costs. All concur.

In the Matter of the Application of FRANCIS DOWNS for an Order of Certiorari against CHARLES E. ROESCH, Mayor of the City of Buffalo, and Others.— Determination confirmed, without costs. All concur.

WHITMORE, RAUBER & VICINUS, Respondent, v. ARTHUR S. BLANCHARD, Appellant.— Judgment affirmed, with costs. All concur.

MARY McCLUNG PARDEE, Appellant, v. PHOENIX INDEMNITY COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Appellant, v. FRED T. LEY & COMPANY, INCORPORATED, Respondent, and COWLES TOWING COMPANY, INCORPORATED, Appellant, Respondent.— Order of affirmance amended in respect to costs. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. [See 238 App. Div. 255.]

In the Matter of the Estate of JESSE HOMAN PARDEE, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Estate of JESSE HOMAN PARDEE, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.